AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Farhad Azari<br>DOB: XXXXXX<br><br>_____<br>*Defendant(s)* | ) Case: 1:23-mj-00013<br>) Assigned To : Harvey, G. Michael<br>) Assign. Date : 1/13/2023<br>) Description: Complaint W/ Arrest Warrant<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 6, 2021 _____ in the county of _____ in the

_____ in the District of ___ Columbia ___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers) ;<br>18 U.S.C. § 111(b)(1) (Assaulting, Resisting, or Impeding Certain Officers with a Deadly or Dangerous Weapon) ;<br>18 U.S.C. § 231(a)(3) (Civil Disorder)<br>18 U.S.C. § 1361 (Destruction of Government Property)<br>18 U.S.C. § 1751(a)(1) (Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon);<br>18 U.S.C. § 1751(b)(1)(A)  (Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon) ;<br>18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon).<br>18 U.S.C. § 1752(b)(1) (A) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon)<br>18 U.S.C. § 1752(a)(4) (Act of Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon)<br>18 U.S.C. § 1752(b)(1)(A) (Act of Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon)<br>40 U.S.C. § 5104(e)(2)(F) (Act of Physical Violence in the Capitol Grounds or Building ) | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Brittany Ausley, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: ___ 01/13/2023 ___

_____
*Judge's signature*

City and state: _____ Washington, D.C. _____     G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*