UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on March 16, 2023

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. |
| v. | MAGISTRATE NO. 23-MJ-13 & 12 |
| FARHAD AZARI and<br>FARBOD AZARI,<br>also known as "FRANCIS AZARI," | VIOLATIONS:<br>18 U.S.C. § 231(a)(3)<br>(Civil Disorder)<br>18 U.S.C. §§ 1512(c)(2), 2<br>(Obstruction of an Official Proceeding) |
| Defendants. | 18 U.S.C. § 111(a)(1)<br>(Assaulting, Resisting, or Impeding Certain Officers)<br>18 U.S.C. §§ 111(a)(1) and (b)<br>(Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon)<br>18 U.S.C. § 1361<br>(Destruction of Government Property)<br>18 U.S.C. § 1752(a)(1) and (b)(1)(A)<br>(Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon)<br>18 U.S.C. § 1752(a)(2) and (b)(1)(A)<br>(Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon)<br>18 U.S.C. § 1752(a)(4) and (b)(1)(A)<br>(Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon)<br>18 U.S.C. § 1752(a)(1)<br>(Entering and Remaining in a Restricted Building or Grounds)<br>18 U.S.C. § 1752(a)(2)<br>(Disorderly and Disruptive Conduct in a Restricted Building or Grounds)<br>18 U.S.C. § 1752(a)(4)<br>(Engaging in Physical Violence in a Restricted Building or Grounds) |

|   |   |
|---|---|
| : | **40 U.S.C. § 5104(e)(2)(D)** |
| : | **(Disorderly Conduct in** |
| : | **a Capitol Building)** |
| : | **40 U.S.C. § 5104(e)(2)(F)** |
| : | **(Act of Physical Violence in the Capitol** |
| : | **Grounds or Buildings)** |
| : | **40 U.S.C. § 5104(e)(2)(G)** |
| : | **(Parading, Demonstrating, or Picketing in** |
| : | **a Capitol Building)** |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about January 6, 2021, within the District of Columbia, **FARBOD AZARI**, also known as "Francis Azari," and **FARHAD AZARI,** committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officer, lawfully engaged in the lawful performance of his/her official duties incident to and during the commission of a civil disorder which in any way and degree obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce and the conduct and performance of any federally protected function.

**(Civil Disorder,** in violation of Title 18, United States Code, Section 231(a)(3))

### COUNT TWO

On or about January 6, 2021, within the District of Columbia and elsewhere, **FARBOD AZARI**, also known as "Francis Azari," attempted to, and did, corruptly obstruct, influence, and impede an official proceeding, that is, a proceeding before Congress, specifically, Congress's certification of the Electoral College vote as set out in the Twelfth Amendment of the Constitution of the United States and 3 U.S.C. §§ 15-18.

**(Obstruction of an Official Proceeding and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1512(c)(2) and 2))

## COUNT THREE

On or about January 6, 2021, within the District of Columbia, **FARBOD AZARI**, also known as "Francis Azari," did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, while such person was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

**(Assaulting, Resisting, or Impeding Certain Officers**, in violation of Title 18, United States Code, Section 111(a)(1))

## COUNT FOUR

On or about January 6, 2021, within the District of Columbia, **FARBOD AZARI**, also known as "Francis Azari," using a deadly and dangerous weapon, that is, **a flag pole**, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), that is, an officer from the United States Capitol Police, while such officer or employee was engaged in or on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

**(Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**, in violation of Title 18, United States Code, Sections 111(a)(1) and (b))

## COUNT FIVE

On or about January 6, 2021, within the District of Columbia, **FARBOD AZARI**, also known as "Francis Azari," using a deadly and dangerous weapon, that is, **a flag pole**, did forcibly

assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, that is, an officer from the Metropolitan Police Department, while such officer or employee was engaged in or on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

**(Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**, in violation of Title 18, United States Code, Sections 111(a)(1) and (b))

## COUNT SIX

On or about January 6, 2021, within the District of Columbia, **FARHAD AZARI**, using a deadly and dangerous weapon, that is, **a bike rack**, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, that is, L.L., an officer from the Metropolitan Police Department, while such officer or employee was engaged in or on account of the performance of official duties and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

**(Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**, in violation of Title 18, United States Code, Sections 111(a)(1) and (b))

## COUNT SEVEN

On or about January 6, 2021, within the District of Columbia, **FARHAD AZARI**, using a deadly and dangerous weapon, that is, **a flag pole**, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person

assisting such an officer and employee, that is an officer from the Metropolitan Police Department, while such officer or employee was engaged in or on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

**(Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**, in violation of Title 18, United States Code, Sections 111(a)(1) and (b))

## COUNT EIGHT

On or about January 6, 2021, within the District of Columbia, **FARBOD AZARI**, also known as "Francis Azari," did willfully injure and commit depredation against property of the United States, and of any department and agency thereof, and any property which has been and is being manufactured and constructed for the United States, and any department or agency thereof, that is **permanent black metal fencing**, causing damage in an amount **more** than $1000.

**(Destruction of Government Property**, in violation of Title 18, United States Code, Section 1361)

## COUNT NINE

On or about January 6, 2021, within the District of Columbia, **FARBOD AZARI**, also known as "Francis Azari," did knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, without lawful authority to do so, and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, a fixed-blade, black handle knife.

**(Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Section 1752(a)(1) and (b)(1)(A))

### COUNT TEN

On or about January 6, 2021, in the District of Columbia, **FARHAD AZARI,** did knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

### COUNT ELEVEN

On or about January 6, 2021, in the District of Columbia, **FARBOD AZARI**, also known as "Francis Azari," did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions, and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, a fixed-blade, black handle knife.

(**Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2) and (b)(1)(A))

### COUNT TWELVE

On or about January 6, 2021, in the District of Columbia, **FARHAD AZARI,** did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area

within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

**(Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2))

### COUNT THIRTEEN

On or about January 6, 2021, in the District of Columbia, **FARBOD AZARI**, also known as "Francis Azari," did knowingly engage in any act of physical violence against any person and property in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, a fixed-blade, black handle knife.

**(Engaging in Physical Violence in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(4) and (b)(1)(A))

### COUNT FOURTEEN

On or about January 6, 2021, in the District of Columbia, **FARHAD AZARI**, did knowingly engage in any act of physical violence against any person and property in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting.

**(Engaging in Physical Violence in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(4))

### COUNT FIFTEEN

On or about January 6, 2021, in the District of Columbia, **FARBOD AZARI**, also known as "Francis Azari," and **FARHAD AZARI**, willfully and knowingly engaged in disorderly and

7

disruptive conduct within the United States Capitol Grounds and in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in that building of a hearing before or any deliberation of, a committee of Congress or either House of Congress.

(**Disorderly Conduct in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

## COUNT SIXTEEN

On or about January 6, 2021, in the District of Columbia, **FARBOD AZARI**, also known as "Francis Azari," and **FARHAD AZARI**, willfully and knowingly engaged in an act of physical violence within the United States Capitol Grounds and any of the Capitol Buildings.

(**Act of Physical Violence in the Capitol Grounds or Buildings**, in violation of Title 40, United States Code, Section 5104(e)(2)(F))

## COUNT SEVENTEEN

On or about January 6, 2021, in the District of Columbia, **FARBOD AZARI**, also known as "Francis Azari," **FARHAD AZARI**, and willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

A TRUE BILL:

FOREPERSON.

*Matthew M Graves/by*

Attorney of the United States in
and for the District of Columbia.