UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Crim. No. 23-CR-251 (RCL) |
| FARHAD AZARI | : |

**PARTIALLY UNOPPOSED MOTION TO CONTINUE TRIAL DATE**

Defendant, Farhad Azari, through undersigned counsel, Stephen F. Brennwald, with the partial consent[1] of the government and the consent of the co-defendant, Farbad Azari, hereby moves to vacate the trial date and re-set the matter for trial on a date that is available to the Court and the parties. In support of his request, defendant states as follows:

An indictment was returned in this case four months and five days ago – on July 26, 2023 – charging defendant with multiple felonies and misdemeanors.

A new indictment was just returned 28 days ago (i.e., less than a month ago) adding a very significant charge against defendant – Obstruction of an Official Proceeding. It also added a new charge of Parading/Demonstrating/Picketing.

Based on the new indictment on which Mr. Azari was just arraigned four days ago, Mr. Azari's defense will now need to be modified and enhanced – something that was not foreseeable based on the initial indictment.

In addition, the protective order permitting the government to provide more fulsome discovery was only entered 39 days ago (on October 23, 2023), and the government has informed counsel today that it intends to provide yet more discovery later today – 13 days before trial.

---

[1] See language below regarding government's position.

As if that was not problematic enough, undersigned counsel has been in trial after trial the past several months and has not been able to review the discovery himself, much less with the defendant, in order to formulate a defense to the many charges he faces.

Counsel, in fact, is in trial as of this writing, and that trial is expected to conclude next Tuesday, December 5, 2023 – 9 days before this trial is set to begin.  Only then will he be in a position to begin reviewing the discovery (including any discovery provided later today) and preparing a defense to these very serious charges.

Based on the new and significant charge that the new indictment has added (obstruction of an official proceeding), counsel will also need to file a motion to dismiss that count, as all defense counsel in all January 6 cases have done.  The United States Supreme Court is very likely to review the legality of the applicability of that count to January 6 defendants, so defendant is compelled to file a motion to dismiss that charge.  Thus, defendant will need a new motions schedule that allows him to file any applicable motions.

Because the trial in this case (the first trial date ever in this case) is only 13 days away, and counsel is still in trial in another case, there will not be enough time to prepare and file any such motion, or prepare for trial.  Without enough time, counsel will be unable to render the effective assistance to which the defendant is entitled.

Also, counsel for co-defendant Farbod Azari, Mark Rollins, is scheduled to begin a jury trial on December 11, 2023.  That trial is expected to last four days, though it could obviously run longer.  It would, therefore, be impossible for him to try this case beginning on December 14, 2023.

The government has asked defendant Farhad Azari to include the following language in this motion with respect to its position on defendant's request:

**"While the government will be ready to go forward with the current December 14 trial date, given representations from defense counsel regarding potential trial conflicts and trial readiness, the government would not oppose a short continuance."**

Defense counsel will be in back-to-back trials to begin 2024 (in one case with a defendant who has been held without bond for 13 months and in another case with a defendant who was arrested four years ago, on December 5, 2019). Counsel does have available dates in late February of 2024 and thereafter.

Defendant finally notes that a continuance would also allow the parties to determine whether a resolution of this case would be possible (on behalf of Mr. Farhad Azari).

The Court should know that defense counsel has done, and is doing, the best he can to render effective assistance to all of his clients, including Mr. Azari. And while everyone – the Court, the government, and the many defense counsel representing the plethora of January 6 and other defendants in this courthouse – is overwhelmed with the sheer volume of cases, undersigned counsel is not seeking a continuance in this case for any reason other than to ensure that the defendant receives the legal assistance to which he is entitled under the Constitution of the United States.

WHEREFORE, for the foregoing reasons, as well as for such other reasons as may appear to this Court, defendant, with the partial consent of the government, requests the relief cited above, as well as any other relief this Court deems proper.

       Respectfully submitted,

       /s/

       Stephen F. Brennwald, Esq.
       Bar No. 398319
       Brennwald & Robertson, LLP
       922 Pennsylvania Avenue, S.E.
       Washington, D.C.  20003
       (301) 928-7727
       (202) 544-7626 (facsimile)
       E-mail:  sfbrennwald@cs.com

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a copy of the foregoing was sent by ECF, this 1st day of December, 2023, to all counsel of record.

       /s/

       Stephen F. Brennwald