UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Crim. No. 23-CR-251 (RCL) |
| FARHAD AZARI | : |

## CONSENT MOTION TO RE-SET PLEA HEARING

Defendant, Farhad Azari, through undersigned counsel, Stephen F. Brennwald, and with the consent of the government and of the co-defendant, Farbad Azari, hereby moves to vacate the status hearing set for Friday, January 5, 2024, and re-set the case for a change of plea hearing on Monday, January 22, 2024. That date has been cleared with this Court and all parties.

Succinctly, the parties have reached a resolution of the case, and are prepared to proceed with a plea hearing on January 22, 2024. Plea paperwork will be submitted to the Court next week, at the latest. Both defendants agree to toll the speedy trial clock until then.

WHEREFORE, for the foregoing reasons, as well as for such other reasons as may appear to this Court, defendant Farhad Azari, along with his co-defendant Farbod Azari, and with the consent of the government, requests the relief cited above, as well as any other relief this Court deems proper.

Respectfully submitted,

/s/

Stephen F. Brennwald, Esq.
Bar No. 398319
Brennwald & Robertson, LLP
922 Pennsylvania Avenue, S.E.
Washington, D.C.  20003
(301) 928-7727
(202) 544-7626 (facsimile)
E-mail:  sfbrennwald@cs.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent by ECF, this 4th day of January, 2024, to all counsel of record.

/s/

Stephen F. Brennwald