IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| FARHAD AZARI, | : | Case No: 23-CR-251 (RCL) |
| | : | |
| | : | *let this be filed.* |
| Defendant. | : | *Royce C. Lamberth* |
| | : | *U.S.D.J. 1/22/24* |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant Farhad Azari, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1.     The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2.     On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3.     On January 6, 2021, a joint session of the United States Congress convened at the Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting

Doc ID: bcccb24cc784324578ba1cacd3638a8d21fb0323

in the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4.     As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5.     At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by USCP officers or other authorized security officials.

6.     At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.7 million dollars for repairs.

Doc ID: bcccb24cc784324578ba1cacd3638a8d21fb0323

7.      Shortly thereafter, at approximately 2:20 p.m., members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured.  The proceedings resumed at approximately 8:00 PM after the building had been secured.  Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *Participation by Farhad Azari in the January 6, 2021, Capitol Riot*

8.      The defendant, Farhad Azari ("Azari"), lives in Richmond, Virginia. On January 6, 2021, the defendant traveled to Washington, D.C.

9.      After Azari arrived in Washington D.C. on January 6, 2021, he proceeded to the Capitol where he joined in the protest of Congress' certification of the Electoral College outside the West Front of the Capitol.

10.     By approximately 1:12 p.m., police officers had cleared rioters from an area on the south side of the West Plaza of the Capitol building and were erecting metal bike-rack style fencing at the stop of a set of steps.

11.     Azari moved to the front of a group of rioters on the West Plaza of the Capitol building. While on the West Plaza, Azari engaged with officers defending the police line multiple times. First, Azari threw a water bottle at the police line, seen in Images 1 and 2 below.

Doc ID: bcccb24cc784324578ba1cacd3638a8d21fb0323



Image 1 (*Azari holding water bottle, circled in yellow*)



Image 2 (*Azari, circled in yellow, holding water bottle and preparing to throw the bottle*)

12.     Next, around 1:13 p.m. to 1:14 p.m., Azari rushed police as MPD arrived on scene

to reestablish the police line broken earlier by rioters. Azari kicked a bike rack and then joined

Doc ID: bcccb24cc784324578ba1cacd3638a8d21fb0323

with other rioters in pushing the rack back against police officers, in a clear attempt to break the

newly established line. *See* Images 3 – 5 below.



Image 3 (*Azari, circled in yellow, kicking at a bike rack*)



Image 4 (*Azari, circled in yellow, pushing a bike rack into officers*)

Page **5** of **6**

Doc ID: bcccb24cc784324578ba1cacd3638a8d21fb0323



Image 5 (*Azari, circled in yellow attempting to, with other rioters, break the police line*)

13.     Approximately 30 minutes later Azari confronted a line of police officers on the

north side of the West Plaza, near the foot of a set of stairs leading to the Upper West Terrace of

the Capitol building. *See* Image 6.

Doc ID: bcccb24cc784324578ba1cacd3638a8d21fb0323



*Image 6 (Azari standing in front of line of officers with knit cap off and backpack on)*

14.      Azari yelled at officers and attempted to kick an object on the ground in the direction of the officers. When that failed, Azari picked up a flagpole and hurled it at the line of officers. *See* Images 7 – 9.

Doc ID: bcccb24cc784324578ba1cacd3638a8d21fb0323



Image 7 (*Azari attempting to kick an object in the officers' direction*)



Image 8 (*Azari holding a flagpole*)

Doc ID: bcccb24cc784324578ba1cacd3638a8d21fb0323



Image 9 (*Azari and the flagpole traveling in the direction of the officers*)

15.     Shortly after Azari threw the flagpole, he obtained an air horn and threw that, too,

toward officers.  *See* Images 10 and 11.



Image 10 (*Azari, circled in yellow, holding an air horn*)

Doc ID: bcccb24cc784324578ba1cacd3638a8d21fb0323



Image 11 (A*ir horn, in the air, circled in green*)

16.     Azari entered the U.S. Capitol Building via the Senate Wing Doors at
approximately 2:14 p.m. through a broken window while holding his cell phone videoing his
entrance. Azari was one of the first rioters into the Capitol Building and entered during the first
breach of the Senate Wing Doors. *See* Image 12.



Image 12 (*Azari, circled in yellow, entering the Capitol via a broken window*)

Doc ID: bcccb24cc784324578ba1cacd3638a8d21fb0323

17.     After breaching the Capitol, Azari proceeded toward the Crypt. While in the Crypt, Azari attempted to direct rioters to rush the police line that had formed to prevent further incursion into the Capitol. Azari also continued to take photographs and videos while inside the Crypt before returning to the Senate Wing Door area. Azari exited the Capitol at approximately 2:35 p.m. via the same broken Senate Wing Door window from which he entered.

18.     At approximately 2:46 p.m., Azari reentered the Capitol building via the Parliamentarian doors and entered an office. *See* Image 13.



Image 13 (*Azari, circled in yellow, after entering via the Parliamentarian doors and then entering an office*)

19.     Azari then left the Capitol building via the Parliamentarian doors at approximately 2:50 p.m., exiting onto the plaza outside of the Senate Wing Door, also known as the Northwest Courtyard. On his way out, Azari encouraged other rioters to enter the Parliamentarian door. *See* Image 14.

Doc ID: bcccb24cc784324578ba1cacd3638a8d21fb0323



Image 14 *(Azari waiving people into the Capitol)*

### *Elements of the Offense*

20.    The parties agree that Assaulting, Resisting, or Impeding Certain Officers with a

Dangerous or Deadly Weapon in violation of 18 U.S.C. § 111(a)(1) and (b) requires the following

elements:

   a. First, the defendant assaulted, resisted, opposed, impeded, intimidated, or interfered with officers;
   b. Second, the defendant did such acts forcibly;
   c. Third, the defendant did such acts voluntarily and intentionally;
   d. Fourth, the officers were assisting officers of the United States who were then engaged in the performance of their official duties; and
   e. Fifth, in committing such acts, the defendant intentionally used a deadly or dangerous weapon.

21.    The parties agree that Civil Disorder in violation of 18 U.S.C. § 231(a)(3) requires

the following elements:

   a. First, the defendant knowingly committed an act with the intended purpose of obstructing, impeding, or interfering with one or more law enforcement officers;
   b. Second, at the time of the defendant's act, the law enforcement officer was engaged in the lawful performance of their official duties incident to and during a civil disorder; and

Doc ID: bcccb24cc784324578ba1cacd3638a8d21fb0323

c.  Third, the civil disorder in any way or degree obstructed, delayed, or adversely affected commerce or the movement of any article or commodity in commerce, or the conduct or performance of any federally protected function.

Doc ID: bcccb24cc784324578ba1cacd3638a8d21fb0323

***Defendant's Acknowledgments***

22.    The defendant, Farhad Azari, knowingly and voluntarily admits to all the elements as set forth above. Specifically, the defendant knowingly and voluntarily admits to all the elements of 18 U.S.C. § 111(a)(1) and (b) Assaulting, Resisting, or Impeding Certain Officers with a Dangerous or Deadly Weapon. Specifically, the defendant forcibly assaulted any person designated in 18 U.S.C. § 1114 while engaged in or on account of the performance of their official duties. Azari did this by making physical contact with said officer and acted with the intent to commit another felony. Azari used a dangerous weapon in furtherance of this offense, that is a bike rack in Images 3 – 5.

23.    Additionally, the defendant Farhad Azari knowingly and voluntarily admits that his conduct satisfies all the elements of 18 U.S.C. § 231(a)(3), Civil Disorder. Specifically, Azari committed acts, described in paragraph 12, with the intended purpose of obstructing, impeding, or interfering with one or more law enforcement officers who were engaged in the lawful performance of their official duties incident to and during a civil disorder which obstructed, delayed, or adversely affected either commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:    /s/ Kyle M. McWaters
Kyle M. McWaters
Assistant United States Attorney
D.C. Bar No. 241625
601 D Street NW
Washington, DC 20003
(202) 252-6983
kyle.mcwaters@usdoj.gov

Page **14** of **15**

Doc ID: bcccb24cc784324578ba1cacd3638a8d21fb0323

DEFENDANT'S ACKNOWLEDGMENT

I, Farhad Azari, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 01 / 12 / 2024

*Farhad Azari*
_____
Farhad Azari
Defendant

ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 1-12-24

_____
Stephen Brennwald
Attorney for Defendant

Doc ID: bcccb24cc784324578ba1cacd3638a8d21fb0323